ACCEPTED
01-15-00147-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 11:45:07 AM
CHRISTOPHER PRINI
CLERK

# NVM
## NESBITT, VASSAR & MCCOWN, L.L.P.

attorneys | counselors

15851 DALLAS PARKWAY, SUITE 800, ADDISON, TEXAS 75001
PHONE: 972.371.2411 FAX: 972.371.2410 WEB: WWW.NVMLAW.COM

WRITER'S DIRECT DIAL: 972.371.2419
WRITER'S EMAIL: PSICOTTE@NVMLAW.COM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 11:45:07 AM
CHRISTOPHER A. PRINE
Clerk

April 14, 2015

**VIA E-FILING**
Civil/Family Post-Trial Section
Harris County District Clerk
Harris County Civil Courthouse
201 Caroline, Suite 250
Houston, Texas 77002

> Re: Cause No. 201474548, In re: S. Swain, in the 234th Judicial District Court of Harris County, Texas
>
> 01-15-00147-CV; Metropolitan Insurance and Annuity Company and Metropolitan Life Insurance Company v. Peachtree Settlement Funding, LLC, in the First Court of Appeals (the "Appeal").

Dear Clerk:

This firm and the undersigned represent Peachtree Settlement Funding, LLC ("Peachtree") in the above-referenced matters. This letter is written to formally request that the Clerk's Record, prepared for the above-referenced Appeal and filed with the First Court of Appeals in Houston on April 2, 2015, be supplemented with certain documents that were not included in the original Clerk's Record.

Peachtree respectfully requests that the following documents be included in the supplement to the Clerk's Record:

| DATE FILED | NAME OF DOCUMENT |
|---|---|
| March 6, 2015 | Notice of Hearing |
| April 2, 2015 | Filing Letter from Patrick Larkin, counsel for Metropolitan Life Insurance Company and Metropolitan Insurance and Annity Company |
| April 2, 2015 | Proposed Order on Interested Parties Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company's Response and Objection to Peachtree Settlement Funding, LLC's Motion for New Trial and/or to Supplement the Record and Present Additional Testimony |
| April 2, 2014 | Interested Parties Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company's Response and Objection to Peachtree Settlement Funding, LLC's Motion for New Trial and/or to Supplement the Record and Present Additional Testimony |
| April 6, 2015 | Order Confirming and Reaffirming Final Order Approving Transfer of Structured Settlement Payment Rights |
| April 6, 2015 | Order Granting Peachtree Settlement Funding, LLC's Motion to Supplement the Record and Present Additional Testimony |

Peachtree respectfully requests that the Clerk's Record be supplemented as quickly as possible and that a supplemental copy of the Clerk's Record be forwarded to the undersigned. Please advise me at the e-mail or phone number listed below of the cost for the production of the supplemental Clerk's Record so that I may arrange for payment.

Should you have any further questions or concerns please do not hesitate to contact me at psicotte@nvmlaw.com or (972) 371-2411. Thank you for your assistance in this matter.

Sincerely,

/s/ Patrick P. Sicotte
Patrick P. Sicotte

cc: VIA E-FILING
Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin St.
Houston, Texas 77002

Via E-Mail
And U.S. Mail
Patrick Larkin
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584

Via E-Mail
And U.S. Mail
Stephen R. Harris
Drinker Biddle & Reath LLP
One Logan Square, Suite 200
Philadelphia, PA 19103

Via U.S. Mail
S. Swain
3303 Quarry Place Lane
Katy, Texas 77493